**Louis Feinberg, appellant, v. William J. Oakey et al., appellees. Gen. No. 32,179.**

Opinion filed April 3, 1928.

James J. Glassner and Peter Postelnek, for appellant. Loucks, Eckert & Peterson, for William J. Oakey and Charles Nettleton, appellees; Abe R. Peterson ,and Tom Leeming, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**Frank Ponczek, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 32,209.**

Opinion filed April 3, 1928. Rehearing denied April 17, 1928.

Hoyne, O'Connor & Rubinkam, for appellant. Irving G. Zazove, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Samuel H. Flamm, appellee, v. Edward Greenstone et al., appellants. Gen. No. 32,590.**

Opinion filed April 3, 1928.

William Feldman, for appellants. Tarnopol & Flamm, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

**Peter S. Jaglowski, appellee, ·v. Frank Campe, appellant. Gen. No. 32,096.**

Opinion filed April 3, 1928.

Robert S. Cook, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.